ACCEPTED
01-15-00258-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 4:00:34 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00258-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 4:00:34 PM
CHRISTOPHER A. PRINE
Clerk

IN THE INTEREST OF M.M-Y.P., CHILD

S.L.R., Appellant

v.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellee

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-00702J

APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

S.L.R, appellant, moves the Court to extend the time to file her reply brief to Monday, July 20, 2015 and in support thereof respectfully shows:

1. In an order dated July 9, 2015, the Court requested that appellant file a reply brief to address whether her motion for new trial should be treated as a judicial admission regarding her interest in terminating her parental rights. Appellant was given until Friday, July 17, 2015 to file her reply brief.

2. Good cause exists to grant this motion. Within the last ten days appellant's counsel represented the mother in the trial of a case involving the termination of parental rights in cause no. 2014-00610-CV; styled: *In re J.G., et al.*, in the 313th District Court and prepared for a trial scheduled for July 16, 2015 where he represents the respondent charged with the first degree felony offense of aggravated sexual assault in cause no. 2013-00545-CV; styled: *In the Matter of D.W.*; in the 315th District Court. In addition, on July 16, 2015, he was appointed to as the attorney ad litem for the children who are placed in foster care in cause no. 2015-04311J; styled: *In re X.H., et al.*, in the 315th District Court. He is scheduled to visit the children on Friday, July 17, 2015.

3. This extension is not sought for the purposes of delay but rather so that the ends of justice may be served.

WHEREFORE, S.L.R., appellant, prays that this motion be granted and that the time to file her reply brief be extended to Monday, July 20, 2015.

Respectfully submitted,
/s/ william m thursland

William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX 77002

Email: wmthursland@hotmail.com
(713) 655-0200 x 105; Fax: (713) 655-9035

Attorney for Appellant, S.L.R.


CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that appellee's counsel, Sandra

D. Hachem, is unopposed to this motion.

/s/ william m thursland
_____
William M. Thursland


CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was

served on Sandra D. Hachem by electronic delivery or by fax to: (713) 437-

4700 on July 17, 2015.

/s/ william m thursland
_____
William M. Thursland